1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
CLERK, U.S. DISTRICT COURT

FEB 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DIAMOND COATING TECHNOLOGIES, LLC | Case No. 8:13-CV-01481 GHK (DFMx) |
|     Plaintiff, | **[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |
|     v. | |
| NISSAN NORTH AMERICA, INC. AND NISSAN MOTOR CO., LTD., | |
|     Defendants and Third-Party Plaintiffs, | |
|     and | |
| FEDERAL-MOGUL CORP. AND KS KOLBENSCHMIDT US, INC., | |
|     Third-Party Defendants. | |

1    Having reviewed the Stipulation of Dismissal With Prejudice of Third Party

2   Plaintiffs Nissan North America, Inc. and Nissan Motor Co., LTD and Third Party

3   Defendant Federal-Mogul Corp. and GOOD CAUSE APPEARING, the Third Party

4   action against Defendant Federal-Mogul Corp. is dismissed WITH prejudice with

5   each party shall bear its own costs and attorneys' fees.

6

7   IT IS SO ORDERED:

8   Dated:    2/24/16

9                                    Hon. George H. King

10                                   U.S. DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28